**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-17-00400-CV**

_____

**IN THE ESTATE OF YOLANDA M. COCO**

**On Appeal from the County Court**
**Jefferson County, Texas**
**Trial Cause No. 116559**

## MEMORANDUM OPINION

The appellants, Charles X. Sanchez, Oscar I. Sanchez Jr. and James O. Sanchez, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellants prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on December 6, 2017
Opinion Delivered December 7, 2017

Before McKeithen, C.J., Horton and Johnson, JJ.